

# Fourth Court of Appeals
## San Antonio, Texas

January 4, 2017

No. 04-16-00707-CV

Stephen **WELLINGTON**,
Appellant

v.

Carrie Lynn **WELLINGTON**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-1769-CV
Honorable Robin V. Dwyer, Judge Presiding

# O R D E R

Appellant has filed a notice of bankruptcy stating appellee has filed a petition in bankruptcy under Chapter 7 of the Bankruptcy Code, in Case Number I6-52722-AMK in the United States Bankruptcy Court for the Northern District of Ohio, and that the bankruptcy proceeding is currently pending.

The court takes no action on the filing. We order the appeal abated and removed from the court's active docket. See Tex. R. App. P. 8.2. The appeal will be reinstated only upon proper motion and proof. See Tex. R. App. P. 8.3; 4th Tex. App. (San Antonio) Loc. R. 4. All motions and other documents pending or filed are abated subject to being re-urged in the event the case is reinstated.

We further order the clerk of this court to send copies of this order to the trial court clerk, the court reporter, and the attorneys of record.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court